THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER BLAGDEN, Appellant, *v.* THOMAS M. LYNCH et al., as Tax Commissioners of the State of New York, Respondents.

(Argued November 20, 1933; decided December 5, 1933.)

*Roland L. Redmond* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* and *Henry Epstein* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.; LEHMAN, J., dissents on the ground that the profits of the sale of the stock exchange seat constituted no profits of any business and the intangible personal property had no business situs in New York at the time of the assessment, even assuming that the State of New York would have power to tax intangible personal property which has a business situs within the State.